IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CITY OF LIBERAL, KANSAS,**

      **Plaintiff,**

      **v.**                              **Case No. 6:25-cv-01225-HLT-BGS**

**PETER THIESSEN,**

      **Defendant.**

## <u>ORDER</u>

Defendant[1] removed this case to federal court from the Municipal Court for Liberal, Kansas. The case arises from a traffic citation. Judge Severson reviewed Defendant's notice of removal and request to proceed in forma pauperis (IFP). She issued a Report and Recommendation (R&R) on December 10, 2025. Doc. 11. Judge Severson granted Defendant's motion to proceed IFP, screened the case under 28 U.S.C. § 1915, and recommended dismissing or remanding the case for lack of jurisdiction. She properly gave Defendant notice of his right to object and the consequence for not timely objecting.

Defendant did not object to the R&R. He has therefore waived his right to de novo review. *See In re Key Energy Res. Inc.*, 230 F.3d 1197, 1199-1200 (10th Cir. 2000).[2] The Court has reviewed Judge Severson's R&R, the notice of removal, and the documents submitted as the

---

[1]   The Court liberally construes Defendant's pro se filings and holds them to a less stringent standard than those drafted by lawyers. *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). But the Court does not assume the role of advocate. *Id*.

[2]   Defendant proceeds pro se. Where a pro se party is not clearly apprised of the consequences of failing to object, the firm-waiver rule does not apply. *Talley v. Hesse*, 91 F.3d 1411, 1413 (10th Cir. 1996). Here, Judge Severson's R&R clearly informed Defendant that he was required to file objections within 14 days if he wanted appellate review of the factual and legal determinations, and that appellate review would not be allowed if he did not timely file objections. Doc. 11 at 8. Although Defendant is not entitled to de novo review, the Court notes that it would reach the same conclusion under that standard.

state/municipal court record. The Court agrees that it lacks jurisdiction and that removal was improper, and adopts the R&R in its entirety.

THE COURT THEREFORE ORDERS that Judge Severson's R&R (Doc. 11) is ADOPTED. The case is REMANDED to the Municipal Court of Liberal, Kansas. The case is closed.

IT IS SO ORDERED.

Dated: February 17, 2026                    /s/ *Holly L. Teeter*
                                            HOLLY L. TEETER
                                            UNITED STATES DISTRICT JUDGE